00-00034 In re Stetson and Amaya.wpd



No. 04-00-00034-CV


In re Mike STETSON and Ann L. Amaya


Original Mandamus Proceeding


Arising from the 166th Judicial District Court, Bexar County, Texas


Trial Court No. 99-CI-00065


Honorable David Peeples, Judge Presiding

PER CURIAM

Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice

Delivered and Filed: February 9, 2000

PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered the relators' petition for writ of mandamus and is of the opinion that relief
should be denied because the denial of a jury trial can be remedied by appeal. See Walker v. Packer, 827
S.W.2d 833 (Tex. 1992) (emphasizing the no-adequate-remedy-by-appeal requirement in mandamus
review); General Motors Corp. v. Gayle, 924 S.W.2d 222, 226 (Tex. App.--Houston [14th Dist.] 1996)
(denying mandamus relief because denial of jury trial could be appealed). Accordingly, relators' petition
for writ of mandamus and request for temporary relief are denied. Relators shall pay all costs incurred in
this proceeding.

 PER CURIAM

DO NOT PUBLISH